(July 16, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HILLARY A. BEST, Petitioner, v EUGENE LeFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2), for a writ of habeas corpus denied (CPLR 7003, subd [b]). Main, J. P., Casey, Weiss, Mikoll and Yesawich, Jr., JJ., concur.